UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>08-60276-CR-ZLOCH(s)</u>
18 U.S.C. § 1349
18 U.S.C. § 1341
18 U.S.C. § 1028A
18 U.S.C. § 981
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

FITZROY CARTER,
KEARN N. MATTHEW,
FRANZ A. GAYLE,
TABITHA CASTRO, and
DAYTON DIAZ

Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1
(CONSPIRACY - 18 U.S.C. § 1349)

1.   From on or about June 19, 2008, until on or about September 22, 2008, in Miami-Dade, Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

FITZROY CARTER,
KEARN N. MATTHEW,
FRANZ A. GAYLE,
TABITHA CASTRO, and
DAYTON DIAZ

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly devise a scheme and artifice to defraud and to obtain money and property from others

1

by means of materially false and fraudulent pretenses, representations, and promises, and, in execution of said scheme and artifice to defraud, to knowingly send and cause to be sent and delivered by private and commercial interstate carriers certain mail matter, in violation of Title 18, United States Code, Section 1341.

## OBJECT OF THE CONSPIRACY

2. It was the object of the conspiracy that the defendants FITZROY CARTER, KEARN N. MATTHEW, FRANZ A. GAYLE, TABITHA CASTRO, DAYTON DIAZ and others would and did unjustly enrich themselves and others by purchasing more than $400,000 worth of computers and other items utilizing unauthorized personal identifiers and credit card numbers and having the items shipped by private and commercial carriers to a specified location for retrieval.

## MANNER AND MEANS

The manner and means by which the defendants and co-conspirators sought to accomplish the object of the conspiracy, included the following:

3. The defendants would obtain personal identifiers of identity theft victims, including but not limited to their names, dates of birth, addresses, and social security numbers,.

4. Utilizing the personal identifiers of identity theft victims, the defendants would thereafter purchase via the internet computers from the website of a major computer manufacture.

5. After fraudulently purchasing the computers via the internet, the defendants would direct that the orders be shipped by Federal Express or other private interstate carriers to the home address of the identity theft victim.

6. Knowing the approximate date and time of delivery, the defendants would present false information to the delivery truck driver, falsely representing to be the identity theft victim, and would take possession of the fraudulently purchased computers.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH FIVE
(Mail Fraud- 18 U.S.C. § 1341)

7. From on or about June 19, 2008, until on or about September 22, 2008, in Miami-Dade, Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

> FITZROY CARTER,
> KEARN N. MATTHEW,
> FRANZ A. GAYLE, and
> TABITHA CASTRO,

and others, knowingly and willfully executed and attempted to execute a scheme and artifice to defraud and to obtain money and property from others by means of materially false and fraudulent pretenses, representations, and promises..

## MANNER AND MEANS OF THE SCHEME AND ARTIFICE

8. The Grand Jury re-alleges and incorporates herein by reference paragraphs 3 through 6 of Count One of this Indictment as though set forth in full herein.

## EXECUTIONS OF THE SCHEME AND ARTIFICE

9.  On or about the dates as set forth as to each count below, in execution of the scheme and artifice to defraud, defendants FRITZROY CARTER, KEARN N. MATHEW, FRANZ A. GAYLE, and TABITHA CASTRO caused certain matters and things to be sent and delivered by private and commercial interstate carriers, as set forth below:

| COUNT | DATE | DEFENDANT | MAILING |
|---|---|---|---|
| 2 | 6/26/08 | FRANZ A. GAYLE | Package labeled with Federal Express Tracking Number ending in #7262 to be delivered to the home address of victim W.M. |
| 3 | 8/14/08 | FRITZROY CARTER and KEARN N. MATTHEW | Package labeled with Federal Express Tracking Number ending in #1797 to be delivered to the home address of victim S.G. |
| 4 | 8/15/08 | FRITZROY CARTER and KEARN N. MATTHEW | Package labeled with Federal Express Tracking Number ending in #1789 to be delivered to the home address of victim J.K. |
| 5 | 9/3/08 | FRITZROY CARTER and TABITHA CASTRO | Package labeled with Federal Express Tracking Number ending in #2046 to be delivered to the home address of victim R.F. |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS SIX THROUGH NINE
(Aggravated Identity Theft - 18 U.S.C. § 1028A)

10.  On or about the dates as set forth as to each count below, in Miami-Dade, Broward, and Palm Beach Counties within the Southern District of Florida, defendants FRITZROY CARTER, KEARN N. MATHEW, FRANZ A. GAYLE, and TABITHA CASTRO, as further identified below, during and in relation to a felony contained in Title 18, United States Code, Chapter 63, that is, conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 1349, as charged in Count 1 of this Indictment, did knowingly and willfully possess and use without lawful authority a means of identification of another person, as set forth below, any one of which would constitute a violation, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5), and 2:

| COUNT | DATE | DEFENDANT | VICTIM AND IDENTIFYING INFORMATION |
|---|---|---|---|
| 6 | 6/26/08 | FRANZ A. GAYLE | The name and address of victim W.M. |
| 7 | 8/14/08 | KEARN N. MATTHEW | The name, address, driver's license, and date of birth of victim S.G. |
| 8 | 8/15/08 | FRITZROY CARTER | The name, address, driver's license, and date of birth of victim J.K. |
| 9 | 9/3/08 | TABITHA CASTRO | The name, address, driver's license, and date of birth of victim R.F. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5), and 2.

## **CRIMINAL FORFEITURE ALLEGATION #1**

1.	The allegations of Counts 1 through 5 of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 28, United States Code Section 2461 and Title 18, United States Code Section 981(a)(1)(C) and the procedures outlined at Title 21, United States Code Section 853.

2.	As a result of the offenses alleged in Counts 1 through 5, upon conviction of any violation of Title 18, United States Code, Sections 1341, or 1349, Defendants FITZROY CARTER, KEARN N. MATTHEW, FRANZ A. GAYLE, TABITHA CASTRO, and DAYTON DIAZ shall forfeit to the United States all property, real and personal, constituting proceeds obtained from the afore stated offenses and all property traceable to such property, including but not limited to the following property:

   a.	The sum of $689,494.00 in United States currency, representing the amount of proceeds obtained by the Defendants, directly or indirectly, from the commission of the stated offenses.

3.	If the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants,

   (1)	cannot be located upon the exercise of due diligence;
   (2)	has been transferred or sold to, or deposited with a third person;
   (3)	has been placed beyond the jurisdiction of the Court;
   (4)	has been substantially diminished in value; or
   (5)	has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

All pursuant to Title 28 United States Code, Section 2461, Title 18 United States Code, Section 981(a)(1)(C) and Title 21 United States Code, Section 853.

## **CRIMINAL FORFEITURE ALLEGATION #2**

1. The allegations of Counts 6 through 9 of this Indictment are realleged and fully incorporated by reference herein for the purpose of alleging forfeitures to the United States of America of certain property in which one or more of the defendants has an interest, pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(B).

2. As a result of the offenses alleged in Counts 6 through 9, upon conviction of any violation of Title 18, United States Code, Section 1028A, Defendants FITZROY CARTER, KEARN N. MATTHEW, FRANZ A. GAYLE, and TABITHA CASTRO shall forfeit to the United States all property, real and personal, constituting proceeds obtained from the afore stated offenses and all property traceable to such property, including but not limited to the following property:

   a. The sum of $689,494.00 in United States currency, representing the amount of proceeds obtained by the Defendants, directly or indirectly, from the commission of the stated offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third party;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the

defendants up to the value of the above forfeitable property and, in addition, to require the defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(2)(B) and the procedures of Title 21, United States Code, Section 853.

                              A TRUE BILL.

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 08-60276-CR-ZLOCH(s)

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

FITZROY CARTER, et al

**Superseding Case Information**:
New Defendant(s)         Yes  X    No ___
Number of New Defendants           1
Total number of counts             0

**Court Division**: (Select One)

___ Miami          ___ Key West
_X_ FTL            ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __3-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_             Petty       _____
   II   6 to 10 days      ___             Minor       _____
   III  11 to 20 days     ___             Misdem.     _____
   IV   21 to 60 days     ___             Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) __Yes__
   If yes:  William J. Zloch                            08-60276-CR-Zloch
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

_____
Jeffrey A. Neiman
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. 544469

*Penalty Sheet(s) attached

REV. 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __FITZROY CARTER__   No.: __08-60276-CR-ZLOCH(s)__

**Count #1:**
Conspiracy to Defraud; in violation of 18 U.S.C. §1349

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Counts #3-5:**
Mail Fraud; in violation of 18 U.S.C. §1341

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Count #8:**
Aggravated Identity Theft; in violation of 18 U.S.C. §1028A
*Max Penalty: Two years' imprisonment mandatory minimum; $250,000 fine

**Count # :**
*Max Penalty:

**Count # :**
*Max Penalty:

**Count # :**
*Max Penalty:

**Count # :**
*Max Penalty:

**Count # :**
*Max Penalty:

**Count # :**
*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __KEARN N. MATTHEW__   No.: __08-60276-CR-ZLOCH(s)__

**Count #1:**
Conspiracy to Defraud; in violation of 18 U.S.C. §1349

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Counts #3-4:**
Mail Fraud; in violation of 18 U.S.C. §1341

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Count #7:**
Aggravated Identity Theft; in violation of 18 U.S.C. §1028A
*Max Penalty: Two years' imprisonment mandatory minimum; $250,000 fine

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __FRANZ A. GAYLE__   No.: __08-60276-CR-ZLOCH(s)__

**Count #1:**
Conspiracy to Defraud; in violation of 18 U.S.C. §1349

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Count #2:**
Mail Fraud; in violation of 18 U.S.C. §1341

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Count #6:**
Aggravated Identity Theft; in violation of 18 U.S.C. §1028A
*Max Penalty: Two years' imprisonment mandatory minimum; $250,000 fine

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __TABITHA CASTRO__    No.: __08-60276-CR-ZLOCH(s)__

**Count #1:**
Conspiracy to Defraud; in violation of 18 U.S.C. §1349

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Count #5:**
Mail Fraud; in violation of 18 U.S.C. §1341

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Count #9:**
Aggravated Identity Theft; in violation of 18 U.S.C. §1028A
*Max Penalty: Two years' imprisonment mandatory minimum; $250,000 fine

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __DAYTON DIAZ__      No.: __08-60276-CR-ZLOCH(s)__

**Count #1:**
Conspiracy to Defraud; in violation of 18 U.S.C. §1349

*Max Penalty: Twenty years' imprisonment to be followed by five years' to life supervised release; $250,000 fine

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

**Count # :**

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96